## Marie A. ROY

### v.

## Richard J. ROY.

### No. 78–429–A.

Supreme Court of Rhode Island.

April 3, 1980.

Revens & DeLuca Ltd., John C. Revens, Jr., Warwick, for petitioner.

Aram K. Berberian, Warwick, for respondent.

## ORDER

The petitioner's motion to remand this case to the Family Court for hearing on petitioner's contempt motion is granted. Upon conclusion of said hearing, the record herein shall be returned to this court forthwith.

## STATE

### v.

## Thomas FIRTH.

### No. 77–373–C.A.

Supreme Court of Rhode Island.

April 3, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

John F. Cicilline, Providence, for defendant.

## ORDER

The state's motion to supplement the record with a transcript of testimony given at defendant's bail hearing is granted. The state's motion to file a brief in excess of 50 pages is granted.

## STATE

### v.

## Richard A. FRAZIER.

### No. 78–442–C.A.

Supreme Court of Rhode Island.

April 3, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Sp. Asst. Atty. Gen., for plaintiff.

Mary E. Levesque, Asst. Public Defender, for defendant.

## ORDER

The defendant's motion to supplement the record as prayed is granted. Defendant's motion for permission to file a brief in excess of 50 pages is denied.